IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Price, Leroy

Printed: 4/22/08

Case Number: 07 B 10236
Judge: Hollis, Pamela S
Filed: 6/7/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 28, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,598.60 |  |
| Secured: |  | 1,284.76 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,094.88 |
| Trustee Fee: |  | 218.96 |
| Other Funds: |  | 0.00 |
| Totals: | 3,598.60 | 3,598.60 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Remedies | Administrative | 2,774.00 | 2,094.88 |
| 2. | Nissan Motor Acceptance Corporation | Secured | 13,254.11 | 1,284.76 |
| 3. | Internal Revenue Service | Priority | 3,367.57 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 429.23 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 462.00 | 0.00 |
| 6. | Sprint Nextel | Unsecured | 35.97 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 706.40 | 0.00 |
| 8. | Credit Union One | Unsecured | 130.61 | 0.00 |
| 9. | Onyx Acceptance Corp | Unsecured | 850.12 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 3.04 | 0.00 |
| 11. | Capital One | Unsecured | 38.48 | 0.00 |
| 12. | AT&T | Unsecured |  | No Claim Filed |
| 13. | Medical Payment Data | Unsecured |  | No Claim Filed |
|  |  |  | $ 22,051.53 | $ 3,379.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 73.33 |
| 6.5% | 145.63 |
|  | $ 218.96 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Price, Leroy

Printed:  4/22/08

Case Number:  07 B 10236
Judge:  Hollis, Pamela S
Filed:  6/7/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

